UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAM MAYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 18 CV 6211 |
| | ) | |
| vs. | ) | Honorable Judge Leinenweber |
| | ) | |
| CHICAGO PARKS DISTRICT, | ) | |
| | ) | |
| ILLINOIS DEPARTMENT OF NATURAL | ) | |
| RESOURCES, DIVISON OF PARKS | ) | |
| AND RECREATION, | ) | |
| | ) | |
| ATTORNEY GENERAL JEFFERSON | ) | |
| SESSIONS, in his official capacity, | ) | |
| | ) | |
| COOK COUNTY ANIMAL CONTROL, | ) | |
| AN AGENCY OF COOK COUNTY, ILLINOIS | ) | |
| | ) | |
| CITY OF CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME**

Defendant Cook County Animal Control, by Cook County State's Attorney Kimberly M. Foxx, through Assistant State's Attorney Sisavanh Baker, respectfully requests an extension of time to respond to Plaintiff's Pleadings. In support, Defendant states:

1. On September 11, 2018, Plaintiff filed his Complaint. Docket ("Dkt.") No. 1.

2. Summons was returned for Defendant on September 13, 2018, and a responsive pleading is due October 5, 2018. Dkt. at 8.

5. Defendant has communicated with the other defendants named in Plaintiff's Complaint, and respectfully requests an extension of time to November 13, 2018, to file a coordinated responsive pleading.

6. Counsel recognizes such extensions are disfavored under the Mandatory Initial Pilot Program followed by this Court. However, additional time is needed in order to coordinate with all defendants and properly respond to Plaintiff's complaint.

7. This request is not made for the purpose of delay or for any other improper purpose.

WHEREFORE, Defendant Cook County Animal Control respectfully requests that this Court grant an extension of time up to and including November 13, 2018, to file a Response to Plaintiff's pleadings.

        Respectfully submitted,

        KIMBERLY M. FOXX
        State's Attorney of Cook County

By:   */s/ Sisavanh Baker*
      Sisavanh Baker
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602
      (312) 603-7998
      Attorney No. 6273731