UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAM MAYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 18 CV 6211 |
| | ) | |
| vs. | ) | Honorable Judge Leinenweber |
| | ) | |
| CHICAGO PARKS DISTRICT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: Kenneth William Mayle          Alex Hartzler
    545 N. Monticello Ave.         Assistant United States Attorney
    Chicago, IL 60624              219 South Dearborn Street
                                   Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on October 10, 2018, at 9:30 a.m**.,** I shall appear before the Honorable Judge Leinenweber in the courtroom usually occupied by him in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached *Defendant's Motion for an Extension of Time*.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County
By: /s/ *Sisavanh Baker*
Sisavanh Baker
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7998
sisavanh.baker@cookcountyil.gov