UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAM MAYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHICAGO PARKS DISTRICT; ILLINOIS | ) | No. 18 C 6211 |
| DEPARTMENT OF NATURAL | ) | |
| RESOURCES, DIVISION OF PARKS AND | ) | Judge Leinenweber |
| RECREATION; Acting U.S. Attorney | ) | |
| General MATTHEW G. WHITAKER, in his | ) | |
| official capacity; COOK COUNTY | ) | |
| ANIMAL CONTROL; and CITY OF | ) | |
| CHICAGO, | ) | |
| | ) | |
| Defendants. | ) | |

## ACTING U.S. ATTORNEY GENERAL'S MOTION TO DISMISS

Defendant Matthew G. Whitaker,[1] Acting Attorney General of the United States, by John

R. Lausch, Jr., United States Attorney for the Northern District of Illinois, moves to dismiss this

case for the reasons in the accompanying memorandum of law.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
    ALEX HARTZLER
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 886-1390
    alex.hartzler@usdoj.gov

---

[1]   Acting Attorney General Matthew G. Whitaker is substituted for former Attorney General Jefferson B. Sessions under Federal Rule of Civil Procedure 25(d).