UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIAM MAYLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHICAGO PARKS DISTRICT; ILLINOIS DEPARTMENT OF NATURAL RESOURCES, DIVISION OF PARKS AND RECREATION; Acting U.S. Attorney General MATTHEW G. WHITAKER, in his official capacity; COOK COUNTY ANIMAL CONTROL; and CITY OF CHICAGO, | ) No. 18 C 6211 ) ) Judge Leinenweber ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on November 20, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Leinenweber in the courtroom usually occupied by him in the Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **ACTING U.S. ATTORNEY GENERAL'S MOTION TO DISMISS**, at which time and place you may appear if you see fit.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

> ACTING U.S. ATTORNEY GENERAL'S MOTION TO DISMISS
>
> MEMORANDUM IN SUPPORT OF ACTING U.S. ATTORNEY GENERAL'S MOTION TO DISMISS
>
> NOTICE OF MOTION

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on November 13, 2018, to the following:

> Kenneth Mayle
> 545 North Monticello Avenue
> Chicago, Illinois 60624

    s/ Alex Hartzler
ALEX HARTZLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-1390
alex.hartzler@usdoj.com