UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAM MAYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 18 CV 6211 |
| | ) | |
| vs. | ) | Honorable Judge Leinenweber |
| | ) | |
| CHICAGO PARKS DISTRICT, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:     Kenneth William Mayle     Alex Hartzler
        545 N. Monticello Ave.     Assistant United States Attorney
        Chicago, IL 60624     219 South Dearborn Street
        ken.mayle@gmail.com     Chicago, Illinois 60604
                                        alex.hartzler@usdoj.gov

**PLEASE TAKE NOTICE** that on Tuesday, November 20, 2018, at 9:30 a.m**.,** I shall appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and shall present the attached *Defendant's Motion to Dismiss*.

                                                          Respectfully Submitted,

                                                          KIMBERLY M. FOXX
                                                          State's Attorney of Cook County
                                                          By: /s/ *Sisavanh Baker*
                                                          Sisavanh Baker
                                                          Prathima Yeddanapudi
                                                          Jennifer C. King
                                                          Assistant State's Attorney
                                                          500 Richard J. Daley Center
                                                          Chicago, IL 60602
                                                          (312) 603-7998
                                                          sisavanh.baker@cookcountyil.gov

## **CERTIFICATE OF SERVICE**

I, hereby certify that I caused an exact copy of the above notice, together with the document referenced herein to be mailed to the above referenced persons by email/and or depositing the same in the U.S. mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, on November 13, 2018, before 5:00 p.m.

/s/ *Sisavanh Baker*
Sisavanh Baker