UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KENNETH WILLIAM MAYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 18 CV 6211 |
| | ) | |
| vs. | ) | Honorable Judge Leinenweber |
| | ) | |
| CHICAGO PARKS DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:  Kenneth William Mayle        Alex Hartzler
     545 N. Monticello Ave.       Assistant United States Attorney
     Chicago, IL 60624            219 South Dearborn Street
                                  Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on Thursday, December 6, 2018, at 9:30 a.m**.,** I shall appear before the Honorable Judge Harry D. Leinenweber, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1941 of the United States District Court, Northern District of Illinois, Eastern Division, and shall present the attached *Defendant's Motion to Dismiss*.

Respectfully Submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County
By: /s/ *Sisavanh Baker*
Sisavanh Baker
Prathima Yeddanapudi
Jennifer C. King
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-7998
sisavanh.baker@cookcountyil.gov

## CERTIFICATE OF SERVICE

I, hereby certify that I caused an exact copy of the above notice, together with the document referenced herein to be mailed to the above referenced persons by email/and or depositing the same in the U.S. mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, on November 13, 2018, before 5:00 p.m.

/s/ *Sisavanh Baker*
Sisavanh Baker