

# Suburban Behavioral Health Services

1 South 443 Summit Ave, Suite # 305
Oakbrook Terrace, IL 60181
Phone: 630-613-9800
Fax: 630-613-9865
www.suburbanbhs.com

**Re: Ken Mayle**
2330 W Erie
2nd Floor
Chicago, IL 60612

02/03/2017

To Whom It May Concern:

I support the use of Emotional Support Animal "Chief Wiggum" (Swine) to help my patient's depression and anxiety.

If have you any question please contact my office at 630-613-9800.
Thank you.

Sincerely,

Dr. Mazhar Golewale, M.D

---

Mazhar Golewale, MD                                    Lindsey Eilers, LCSW

Exhibit A