Exhibit 1

## Chicago Park District Code – Chapter 7

**Chicago Park District Code**
**Table of Contents**

*CHAPTER VII.* - *USE OF PARKS* ............................................................................................... 2

Section A.   *Definitions* ...................................................................................................... 2

Section B.   *Rules Generally* ............................................................................................. 3

Section C.   *Permits* ........................................................................................................... 20

Section D.   *Smoking of Tobacco.* ..................................................................................... 31

Section E.   *Naming and Renaming of Parks and Park Features* ........................................ 32

## Chicago Park District Code – Chapter 7

**CHAPTER VII.**   -   **USE OF PARKS**

*Section A.*   -   *Definitions[1]*

For purposes of this chapter, the following words, terms, phrases and their derivatives shall have the meanings set forth in this section. When not inconsistent with the context, the present tense shall include the future tense; the plural shall include the singular number and the singular number shall include the plural number.

**"Amplified Sound"** means any sound projected or transmitted by artificial means, including, but not limited to, loudspeakers, amplifiers, powered megaphones or any similar devices.

**"Horse"** means any member of the equine family.

**"Parade"** means any march or other organized movement of persons from place to place, or about a place.

**"Pollute"** means to perform any act or acts destroying, contaminating, fouling or otherwise altering the physical, topographic, chemical or biological properties of a park, including land, waters, buildings, furnishings, equipment, vegetation and animals, including, but not limited to, the deposit of garbage, litter or water matter; changes in the temperature, taste, color, turgidity or odor of water; the discharge of any liquid, gas, solid, radioactive or other substance in any park which causes, or is likely to cause, a public nuisance or an injury to the public health, safety or welfare, or injury to vegetation or animals, or otherwise impair the safe, healthful and beneficial use of a park.

**"Stallion"** means a male horse, not castrated.

---

[1] Amended 7-28-1992

## Chicago Park District Code – Chapter 7

**Section B.**          –          *Rules Generally*[2]

### B. 1.    Violation of State or Federal Laws

No person shall commit a violation of this Code, or local, state or federal laws or regulations while on Park District property.

### B. 2.    Park Hours[3]

No person shall be or remain or leave any vehicle in any part of any park which is fenced in or provided with gates, between the closing of the gates at night and their reopening on the following day; nor shall any person be or remain or leave any vehicle in any park not fenced in or provided with gates, between the hours of 11:00 p.m. and 6:00 a.m. on the following day, except that:

a.      persons and vehicles may pass through such parks without stopping on the more direct walk or driveway leading from their point of entrance to the exit nearest to their point of destination;

b.       persons may pass through the parks without stopping to place or remove a vehicle from a Park District garage or lot;

c.      persons may occupy boats properly moored in Park District harbors and allow their vehicles to remain at such time in Park District garages or lots designated by the General Superintendent for mooring permittees;

d.      persons may pass through such parks without stopping to occupy a boat properly moored in a Park District harbor;

e.      persons and vehicles may pass through or occupy a park for a Park District sponsored activity;

f.      vehicles may remain in Park District garages or lots which by order of the General Superintendent remain open after the park closing hours; and

g.      persons may remain at the Millennium Park ice rink for events authorized or permitted by the Park District until 1:00 a.m.[4]

---

[2] Amended 7-28-1992

[3] Amended 1-9-1990; 5-28-1991; 7-28-1992

[4] Amended 11-14-2001

## Chicago Park District Code – Chapter 7

**B. 3.** <u>Restricted Areas</u>[5]

    **a.**      **Entering Prohibited Areas.**

    No person shall enter upon any portion of the Park System where persons are prohibited from going by direction of the General Superintendent, as indicated by sign or notice.

    **b.**      **Entering Unfinished Areas.**
    No person shall enter upon any part of the Park System which is in an unfinished state or under construction.

    **c.**      **Entering Building or Areas Closed to Public or Scheduled for Specific Group or Activity.**

    No person shall enter or attempt to enter any building or area in the Park System if or when it is closed to the public, if a permit has been issued for use of it by an individual or group, unless invited by said individual or group, or if a permit is required for use.

    **d.**      **Use of Rest Rooms and Comfort Stations.**

    No person shall fail to cooperate in maintaining restrooms and washrooms in a neat and sanitary condition. No person over the age of four years shall use the restrooms designated for the opposite sex. No person under the age of four years shall use any restroom unless accompanied by a person over the age of eighteen.

    **e.**      **Playgrounds Designated for Persons under Twelve Years of Age.**

    No person the age of twelve years or older shall use playground equipment designed for persons under the age of twelve years.

**B. 4.** <u>Entering or Remaining in Waters</u>[6]

No person shall enter or remain in any waters of the Park System except as herein provided.

    **a.**      **Pools and Natatoria.**

    Entering or remaining in park swimming pools and natatoria designated for swimming shall be permitted on such days, at such times and subject to such rules and regulations as prescribed by the General Superintendent.

---

[5] Amended 7-28-1992
[6] Amended 7-28-1992

**b.** **Lake Michigan, Humboldt Park Beach and Adjacent Waters.**

(1)     Authorized Beaches.[7]

Entering or remaining in the waters of Lake Michigan adjacent to or in the lands of the Park District shall be permitted only at the following authorized bathing beaches:

12th Street
31st Street
57th Street
63rd Street / Jackson Park
Calumet
Fargo Avenue
Foster Avenue
Hartigan Beach South / Albion
Hartigan Beach North (Pratt / Columbia / North Shore)
Howard Avenue
Humboldt Park Beach
Jarvis Avenue
Juneway Terrace
(George) Lane / Thorndale Avenue
Leone / Loyola Park (Greenleaf Avenue)
Leone / Touhy Avenue
Montrose Avenue
North Avenue
Oak Street
Oakwood / 41st Street
Ohio Street
(Kathy) Osterman Beach / Hollywood Avenue
Rainbow
Rogers Avenue
South Shore

(2)     Authorized Times.[8]

Entering or remaining in the water at said beaches shall be permitted only during the bathing season established by the General Superintendent. The General Superintendent may extend or shorten said bathing season at some or all beaches or parts thereof and may eliminate beaches or parts thereof from said designated bathing beaches, during the bathing season with due regard for weather conditions and the safety of the public during said

---

7 Amended 4-14-2010; 1-28-2009

8 Amended 7-28-1992; 1-10-1995; 1-28-2009

bathing season. No person shall enter or remain in the water at any of the authorized bathing beaches:

    (a)    swimming hours will be posted daily on the Park District website;

    (b)    during storms or in dangerous or unauthorized areas including, without limitation, areas at which no swimming and/or no diving signs or symbols are posted or otherwise displayed;

    (c)    more than fifty yards from the shore line of the bathing beach; or

    (d)    when closed by order of the General Superintendent or his/her designee.

        No person shall dive into the water at any authorized bathing beach, or into the water adjacent to any lands of the Park District.

(3)    Prohibited Activities.[9]

    (a)    No person shall ride, drive, or transport any bicycle or motor vehicle upon a bathing beach, except where racks for the storage of bicycles are provided by the Park District bicycles may be stored in said racks.

    (b)    Except in locations designated for such purpose, no person shall engage in any athletic game or sport or in any activity upon a bathing beach or in the water, when injury or inconvenience to himself/herself or others might result therefrom.

    (c)    No person shall conduct himself/herself upon any bathing beach or in the water in such a manner as to jeopardize the safety and health of himself/herself or others.

    (d)    No person shall change clothes except in beach houses or other enclosed places furnished by the Park District.

    (e)    No person shall swim, dive or enter the water fronting any bathing beach while wearing or carrying an air or gas tank or tanks for the purpose of underwater breathing in the activity commonly known as skin or scuba diving.

    (f)    Notwithstanding the provisions of this chapter, Section B.4.b.(3)(e), above, skin or scuba diving shall be permitted at such locations as shall be designated by the General Superintendent and

---

[9] Amended 7-28-1992

## Chicago Park District Code – Chapter 7

subject to such rules and regulations pertaining to the safety of the participants and the public as the General Superintendent shall prescribe.

(g)     No person or persons shall use any artificial floats of any kind or description in any park waters, except for coast guard approved life jackets, or unless specifically authorized by the General Superintendent & CEO at all or any beaches, or parts thereof.[10]

(h)     No person shall carry on unnecessary conversation with lifeguards; or falsely call for help or assistance; or stand or sit upon or cling to any lifeguard perches or light towers; or, except in an emergency, go into or cling to any lifeguard boats.

(i)     No person shall feed any bird, wild animal or any stray licensable animal at any designated bathing beach. For the purposes of this paragraph, "Feed" means the offering, throwing, spreading and/or leaving of any food item that may be eaten by animals.

## B. 5.   Injury to or Destruction of Park Property[11]

No person shall in any park:

a.     destroy, cut, break, deface, mutilate, injure, disturb, sever from the ground or remove any sod, earth or growing thing including, but not limited to, any plant, flower, flower bed, shrub, tree, growth, or any branch, stem, fruit, or leaf thereof; or bring into or have in his/her possession in any park any tool or instrument intended to be used for the cutting thereof, or any garden or agricultural implements or tools which could be used for the removal thereof except as approved and allowed by permit;

b.     set fire to any trees, shrubs, plants, flowers, grass, plant growth or living timber, or suffer any fire upon land to extend into park lands;

c.     go upon any lawn, grass plot, planted area, tree, shrub, monument, fountain, sculpture or structure where access is prohibited by signs or symbols which are posted or otherwise displayed or where access is restricted by fence or other physical barrier;

d.     cut, break or in any way injure, deface, destroy or alter any building, fence, monument, sculpture bridge, or other structure or property contained therein;

---

[10] Amended 6-10-2009
[11] Amended 7-28-1992

## Chicago Park District Code – Chapter 7

e.    operate or drive any motor car, automobile or vehicle of any kind in the Park System in places other than roadways or in such a manner as to cause the same to collide with, run against, strike or cause to strike, injure, deface or damage any park property or appurtenance of any kind;

f.    fasten any animal or attach any rope, sign, handbill or other things to any tree or shrub or to any protective device around any tree or shrub growing in the Park District;

g.    allow any animal to injure or deface any tree, plant, shrub, lawn or grassplot in any manner whatsoever;

h.    fasten any bicycle, motor cycle, moped or other vehicle to or leave the same standing so as to injure any tree, shrub, lawn or grass plot; or

i.    deface, destroy, cover over or otherwise make unreadable any warning or prohibitory sign or symbol on park property.

### B. 6.    Fires[12]

No person shall light or make use of any fire in the Park District except that fires for cooking purposes may be made in portable metal containers or grills under such regulation as may be prescribed by the General Superintendent. The General Superintendent shall designate areas in the parks in which grilling will not be permitted. Areas where grilling is permitted shall be equipped with special containers for deposit of charcoal and shall have access to water. The General Superintendent shall institute a program informing Park patrons of the danger to the health of trees and shrubs caused by depositing charcoal near them. Any such fire shall be continuously under the care and direction of a competent person over eighteen years of age from the time it is kindled until it is extinguished. No fire shall be built within ten feet of any tree or building, or beneath the branches of any trees or in any underbrush. Every person who starts any such fire and every person starting or using such fire shall completely extinguish fire or fires before leaving such park and shall dispose of any residue or refuse therefrom in an appropriate container. Cigars, cigarettes, charcoal briquettes and matches shall be extinguished and deposited in a suitable container provided for the reception thereof.

### B. 7.    Alcoholic Beverages[13]

No alcoholic beverages shall be sold, brought within, given away, delivered or consumed on park property, except pursuant to permits or concessions issued pursuant to this Code.

---

[12] Amended 1-27-1956; 9-11-1990; 5-28-1991

[13] Amended 11-12-1963; 9-8-1977; 5-9-1998

**B. 8.** **Games and Sports**[14]

No person shall engage in any athletic game or sport in the Park System except such portions thereof as may be designated for that purpose by the General Superintendent, and then only under such rules and regulations as may be prescribed by him/her.

**a.** **Skating, Sledding, Skiing in Reckless Manner.**[15]

No person shall skate, skateboard, sled or ski in any part of the Park System in a reckless manner, or at the speed greater than is reasonable and proper, having due regard to the number of people in such part of the Park System and the use thereof, or so as to endanger life or limb, or damage the property of any person; provided, however, that nothing herein contained shall be construed to prohibit any exhibition of, or contests in, fast or fancy skating on such portions of any ice pond or rink as may be set aside for that purpose by the General Superintendent or his/her designee. Skating of all types, including, but not limited to, roller skating, skateboarding and cycling shall be prohibited at all times within the confines of the Lincoln Park Zoo Area.

**b.** **Golf.**

All persons are hereby prohibited from practicing and playing golf upon the playgrounds or parks of the Park District except upon the designated public golf links of Park District at the times and in the areas as may be designated by the General Superintendent.

**c.** **Bicycling.**

Persons may operate a bicycle only on paths, trails, roadways or other areas designated for bicycle use. Persons operating bicycles must ride on the right-hand side of such path, trail, roadway or other area designated for bicycle use by the General Superintendent. No person may operate a bicycle while carrying another person on the handlebars, frame or fender, or so ride on a bicycle, except in a suitable seat attached to such bicycle for such purpose. No person may operate a bicycle in a reckless manner so as to endanger pedestrians. No person shall cling or attach himself/herself or his/her bicycle to any other moving vehicle. The operator of a bicycle shall yield the right-of-way to all pedestrians on walkways and to all vehicles on roadways, and shall walk his/her bicycle in all areas where riding is prohibited by the General Superintendent, as indicated by sign or notice. The operator of a bicycle shall give an audible warning, by horn, bell, voice or otherwise, when approaching any pedestrian from behind.

---

[14] Amended 6-4-1969
15 Amended 11-27-1990

## Chicago Park District Code – Chapter 7

**B. 9.  Day Camps[16]**

Day camps, play classes or organized groups not sponsored by the Park District may use facilities of the Park System when not in conflict with the Park District recreational program, with the approval of the General Superintendent.

**B. 10.  Bringing Animals in Park[17]**

a.  **Animals Permitted.**

No person owning or being custodian or having control of any animal shall cause or permit such animal to enter or remain on Park District property, except:

(1)  Except in areas designated by the General Superintendent as "Dog Friendly Areas", a domestic animal may be brought into a park so long as such animal is continuously restrained by a leash not exceeding six feet in length. Animals may not enter or remain in any building, zoo, playground, harbor, lagoon, swimming pool, spray pool, garden, athletic field, animal or bird refuge, or other areas that may be designated by signs as prohibited areas; and

(2)  All persons entering Chicago Park District Dog Friendly Areas shall comply with all applicable State of Illinois, City of Chicago and Cook County laws and administrative regulations. The Park District is enacting this subsection in part because it may be subject to administrative rules for the operation of its Dog Friendly Areas issued by the Administrator of the Cook County Department of Animal and Rabies Control under authority given to the Administrator under the state's Animal Control Act (*510 ILCS 5/1 et seq.*) and under the Cook County Animal and Rabies Control Ordinance (*Sec XIII. 20-15*). This provision does not prevent the Board of Commissioners and the General Superintendent from further regulating Dog Friendly Area with additional requirements that are not in conflict with state, city or county laws and regulations.

(3)  No person should bring or lead any dog or other animal onto a bathing beach except dogs may be on Lakefront beaches and unleashed during posted times and at posted Lakefront beaches approved by the General Superintendent. No person shall bring more than three dogs to any beach. These restrictions do not apply to dogs utilized by police for patrol purposes.

---

[16] Amended 6-4-1969; 7-28-1992
[17] Amended 4-28-70; 7-28-1992; 9-8-1992 ; 3-23-1993; 8-11-1999; 6-14-2000; 10-9-2002; 1-11-2006

## Chicago Park District Code – Chapter 7

(4)     a Horse, except for a Stallion, may enter or remain on Park District property as provided by a permit issued pursuant to this chapter, Section C. or concession permit issued pursuant to Chapter IX;

(5)     subject to the permit, indemnification, reimbursement and insurance requirements enunciated in Chapter VII, Section C of this Code, a permittee may bring onto park property a tame, non-domestic animal for limited non-commercial or promotional purposes, so long as the animal is being supervised and controlled or restrained. Nothing in this Code shall prohibit a service animal assisting a person with a disability from entering or remaining at any location in the Park System or a person from bringing a dog to a dog-obedience event or a charitable organization from bringing onto park property a tame, non-domestic animal for limited noncommercial, promotional purposes, so long as the animal is being supervised and controlled or restrained or any animal together events for which a permit has been issued pursuant to this chapter, Section C., below. No person having the care or charge of any dog, cat or other domestic animal shall permit such animal to enter or drink the water of any drinking fountain, pool, lake or pond in any park except at places designated or maintained therefore.

**b.     Animal Nuisance.**

No person having the right and ability to prevent shall, knowingly or carelessly or negligently, permit any dog, cat or other animal to commit any nuisance upon any sidewalk or parkway of any public way in the Park District; or upon any public parks, public beaches, harbors or other public grounds and the buildings thereon excepting the roadway of any public way; nor shall any such person omit to do any reasonable and proper act, or take any reasonable and proper precaution, to prevent any such dog or other animal from committing such a nuisance in, on or upon any of such places or premises herein specified. Any person having the custody or control of any dog, cat or other domestic animal shall have the responsibility for cleaning up any feces of the animals and to dispose of such feces in a sanitary manner.

**c.     Animal at Large.**

Any animal found at large in the Park System may be seized and impounded or disposed of pursuant to the laws or ordinances of the City of Chicago in relation to the disposal of stray animals on the highways or other public places. Any animal found within the Park System in violation of this chapter may be apprehended, removed to the animal shelter, public pound, or any other place provided for that purpose, and impounded, all at the expense of the owner.

**B. 11. <u>Animals Owned by the Park District</u>[18]**

No person shall within any park molest, kill, wound, trap, snare, hunt, take, chase, shoot or throw missiles at, remove or have in his/her possession any animal or animal habitat including, but not limited to, birds and bird or squirrel nests, fish, water fowl and reptiles. No person shall remove the young from the eggs of any such animal. No person shall feed animals in any zoo area except unconfined squirrels, sparrows, pigeons and ducks. No person shall throw anything whatever into any animal cage or enclosure, or tease, annoy, frighten, molest or injure in any manner any animal or bird whether confined or otherwise.

**B. 12. <u>Loitering so as to Obstruct Public Ways and Place</u>**

It shall be unlawful for any person to loiter, loaf, wander, stand or remain idle either alone and/or in consort with others or on park property in such a manner as to:

a.    to obstruct any driveway, public sidewalk or any other place or building by hindering or impeding or tending to hinder or impede the free and uninterrupted passage of vehicles, traffic or pedestrians; or

b.    Commit in or upon any driveway, public sidewalk or any other public place or building any act or thing which is an obstruction or interference to the free and uninterrupted use of property or with any business lawfully conducted by anyone in or upon or facing or fronting on any public street, public highway, public sidewalk or any other public place, or building, all of which prevents the free and uninterrupted ingress and egress.

**B. 13. <u>Polluting and Littering</u>[19]**

a.    **Littering.**

No person shall bring into, leave behind, or dump any material of any kind, whether waste or otherwise, in the park, except refuse, ashes, garbage and other material arising from the normal use and enjoyment of a picnic or other permitted activity provided such material is deposited in receptacles provided for such purposes.

b.    **Polluting.**

No material of any kind shall be left or deposited in parks so as to pollute the land, waters or air coursing through or over the parks or otherwise to interfere with proper use and enjoyment of the park. No person shall throw, cast, deposit, damage, lay, place or scatter in the water of Lake Michigan adjacent to the Park

---

[18] Amended 7-28-1992; 4-14-2010
[19] Amended 9-8-1981; 7-28-1992

District, or on any waterway, harbor or lagoon of the Park District, or upon any bathing beaches of the Park District any glass, bottles, nails, cans or other sharp or cutting substances of any kind. No person shall throw, cast, lay, drop or discharge into or leave in the bathing beaches or waters in any park or in any storm sewer, or drain flowing into said waters, any substance, matter or thing, liquid or solid, which may or shall result in the pollution of said waters.

## B. 14. Hindering or Soliciting Employees or Contractors[20]

No person shall interfere with, or in any manner hinder any Employee or Contractor of the Park District while engaged in constructing, repairing or caring for any park property; nor shall any person solicit any Employee or Contractor of the Park District while such Employee or Contractor is on duty.

## B. 15. Vehicles[21]

### a. Snowmobiles.[22]

No snowmobiles or similar vehicles shall be permitted upon a boulevard, driveway or upon any and all areas or premises within the Park System, unless written permission is granted by the General Superintendent.

### b. Unattended Vehicles.

No motor vehicle shall be left unattended in any parking area while the motor of such vehicle is running, or when standing upon a perceptible grade without effectively setting the brakes and turning the wheels of such motor vehicle toward the curb or the side of the parking area.

### c. Exception for Emergency Vehicles and Park District Vehicles.

The provisions of this section shall not be construed to relate to emergency, police or fire department vehicles or any vehicle owned by the Park District or a Park District Employee displaying proper identification where the Employee is duly authorized to operate such vehicle at such location.

### d. Noise Created by Vehicles.

It shall be unlawful to operate a vehicle which makes unusually loud or unnecessary noises.

---

[20] Amended 7-28-1992
[21] Amended 7-28-1992
[22] Amended 2-9-1971

## Chicago Park District Code – Chapter 7

**e.**     **Repairs to Vehicles.**

No person shall change any parts, repair, wash, grease, wax, polish or clean a vehicle on any parking area within the Park District except such repairing, cleaning or polishing as is necessary to insure good vision, or such emergency repairs as are necessary to remove such vehicle from the parking area.

**f.**     **Racing Prohibited.**

It shall be unlawful to race or drive in excess of the posted speed or in the absence of posting thirty miles per hour on any roadway within the Park District. It shall be unlawful to race or drive any motor vehicle in any parking facility of the Park District at a speed in excess of that required to enter into a parking space in any such facility.

**g.**     **Illegally Parked Vehicles.**

Whenever any vehicle is parked in violation of the provisions of this chapter prohibiting or restricting parking, and there is no person in attendance upon such parked vehicle to be arrested or served immediately with a notice to appear in court to answer the charge of such violation, any police officer observing such violation may attach to the vehicle used in such violation, a notification ticket, so that the person in whose name such vehicle is registered may appear in court on a day certain, and at a designated court room to be named in such notice, and answer to the charge of such violation. It shall be unlawful for any person other than the driver of the vehicle to which said notice is attached to remove the notification ticket from said vehicle.

**h.**     **Erection of Signs Indicating when Parking is Prohibited in Parking Lots.**

The General Superintendent shall erect signs indicating the hours in which parking is prohibited in parking lots in parks, and it shall be unlawful for the operator of a vehicle to park any such vehicle in any such parking lot in violation of any such sign.

**i.**     **Establishment of Areas for Parking of Vehicles Equipped with Trailers Designed for Carrying Boats.**

The General Superintendent may establish parking areas in which parking shall be limited to vehicles equipped with trailers designed for carrying boats, and no person shall park a vehicle in said areas unless a trailer designed for carrying boats is attached thereto.

**j.      Parking Fees.**

The Board shall establish from time to time rates and fees for parking in any and all the parking facilities of the Park District, which fees shall be collected daily and delivered to the Treasurer within twenty-four hours thereafter.

**k.      Parking Meter Zones.**

(1)      Established.

The Board by order may establish parking meter zones in which parking shall be prohibited for a longer time than indicated in such order.

(2)      Installation, Supervision of Parking Meters.

The General Superintendent shall cause parking meters to be installed in such numbers and at such places in parking meter zones as established by the Board as in its judgment may be necessary to the regulation, control, and inspection of the parking of vehicles herein, and shall cause parking meter spaces to be so designated as hereinafter provided. He/she shall have supervision of the installation, operation, maintenance, regulation and use of such meters, and the Treasurer shall have charge of the collection of [23]parking fees deposited in said meters.

(3)      Parking Regulated.

The operator of a vehicle shall not park such vehicle in a parking meter zone as established by order of the Board, except as hereinafter provided. The Board shall by order designate the hours of the day and the days of the year when parking in a parking meter zone is governed by the terms of said order. Each parking meter shall bear thereon a legend indicating the days and hours when the requirement to deposit [23]parking fees therein shall apply.

(4)      Time Limitations; Fees.

Time limitations for parking in parking meter zones shall be as established from time to time by the Board. Parking fees in parking meter zones shall be as established by the Board.

(5)      Placement of Meters.

---

[23] Amended 7-11-2018

## Chicago Park District Code – Chapter 7

Parking meters shall be installed immediately adjacent to the individual parking places designated. Each parking meter shall be set in such manner as to display by a signal that the parking space adjacent to such meter is or is not legally in use. Each parking meter shall indicate the value of the 23parking fee to be deposited, the legal parking time established and when operated shall indicate the duration of the period of legal parking, and on the expiration of such period, shall indicate illegal or overtime parking.

(6)     Pavement Markings.

The General Superintendent shall have markings painted or placed upon the pavement adjacent to each parking meter for the purpose of designating the parking space for which said meter is to be used, and each vehicle parking adjacent to any parking meter shall park within the lines or markings so established. It shall be unlawful to park any vehicle in such position that the same shall not be entirely within the area so designated by such lines or markings.

(7)     Deposit of 23Parking Fees.

When any vehicle shall be parked in any parking meter zone the operator of such vehicle shall, upon entering the parking space, immediately deposit or cause to be deposited a coin of the United States in such parking meter, of the denomination indicated, and put such meter in operation. Failure to deposit such coin and put the meter in operation shall constitute a violation of this Code.

(8)     Time Limits.

Upon placing such meter in operation as aforesaid, the parking space may be lawfully occupied by such vehicle for the period of time designated on the meter for the value of the parking fees deposited in such meter.

(9)     Use of 23Parking Fees.

The parking fees required to be deposited hereby are levied and assessed as fees to cover the cost of supervision, inspection, installation, operation, maintenance, control and use of the meters, for the cost of supervising and regulating the parking of vehicles in the parking meter zone, for the purpose of acquiring, establishing, improving, maintaining and operating parking facilities, and for the purpose of traffic regulations.

(10)    Tampering with Meter24.

---

24 Amended 7-11-2018

Chicago Park District Code – Chapter 7

It shall be unlawful for any person to deface injure, tamper with, open or willfully break, destroy, or impair the usefulness of any parking meter.

l.      **Parking Prohibited Except in Designated Parking Area.**[25]

The General Superintendent may, by rule, designate certain enclosed areas in which parking shall be allowed only by prepaid permit. The General Superintendent shall set the term of validity for such permit and the schedule of fees for its use. All persons having paid a fee shall receive from the General Superintendent a dashboard identification card valid for the term of the permit and a device or card which will activate the automatic entrance and exit gates at the designated parking areas. Every vehicle parked within the designated parking area must clearly display said identification card on the dashboard of the parked vehicle. Should any vehicle parked within the designated permit parking area not display the proper identification card for that particular designated area, said vehicle shall be subject to fine and towing.

## B. 16.  <u>Explosive Devices</u>[26]

No person shall fire, discharge or set off any rocket, cracker, torpedo or other fireworks, or any substance of an explosive nature within the Park System, unless a permit has been issued pursuant to the Chicago Park District Code of Ordinances and the Chicago Park District Code, Chapter VII, Section C.

## B. 17.  <u>Parties and Parental Responsibility</u>[27]

a.      The parent or legal guardian of a minor defendant who resides with such parent or legal guardian shall be jointly and severally liable for any fine or condition of restitution or reparation imposed by a court upon a minor for violation of this Code; provided that the payment may not be demanded of such parent or legal guardian unless and until the minor has not paid the fine or made restitution or reparation within the time ordered by the court; and provided that said parent or legal guardian has been served with summons or notice to appear in the original cause and all proceedings thereafter as provided by law.

b.      Every person who commits, attempts to commit, conspires to commit, or aids or abets in the commission of any act declared herein to be unlawful, as a principal, agent, or accessory, shall be guilty of such offense, and every person who falsely, fraudulently, forcibly or willfully induces, causes, coerces, requires, permits or

---

[25] Amended 3-22-1983

[26] Amended 7-28-1992; 8-10-2005

[27] Amended 7-28-1992

## Chicago Park District Code – Chapter 7

directs another to violate any provision of this Code is likewise guilty of such offense.

c.    Any person who is the owner, registered owner, or person in control of any animal, vehicle or other property of any kind brought, placed, parked or allowed to remain on park property in violation of this Code or any regulations issued pursuant to the Code, shall be deemed prima facie responsible for such violation and shall be subject to the penalties provided for herein.

### B. 18.  Fines and Appeals[28]

a.    **Fines.**

The violation by a person or other legal entity of this chapter shall subject such person or entity to a civil fine of up to $500. Each day that a violation continues shall be deemed a separate violation. The Park District shall give such person or entity prompt written notice of any fines. Such notice shall be served on the person or legal entity by personal delivery, or by deposit in the United States mail, with proper postage prepaid to the name and address of such person or entity.

b.    **Appeal Procedures.**

A person or other legal entity who wishes to appeal the proposed imposition of a fine for violation of this chapter shall file such an appeal within ten days after actual receipt of the notice by filing with the General Superintendent or his/her designee a written request for hearing. If no timely appeal is filed, the General Superintendent may proceed to execute the proposed fine and such person or entity shall have no further right of appeal.

c.    **Hearing.**

Upon receipt of a timely request for hearing, the hearing will be scheduled by the Deputy General Superintendent of Parks and Recreation within thirty days after receipt by the Deputy of the written request for hearing. The appellant will be notified in writing of the time and place of the hearing. The hearing will be conducted by an impartial non-Employee hearing Officer appointed by the General Superintendent or his/her designee. The Park District shall have the burden of proving by a preponderance of the evidence any charge of violation of this chapter. At the hearing, the appellant shall have the right to counsel, to call witnesses and present evidence in his/her behalf, to see all evidence against him/her and to cross examine opposing witnesses. The Hearing Officer shall not be bound by the technical rules of evidence but may admit such evidence as is commonly relied upon by reasonably prudent persons in the conduct of their affairs. Within thirty days after completion of the hearing, the hearing Officer

---

[28] Amended 11-8-1977; 7-28-1992

## Chicago Park District Code – Chapter 7

shall submit a written recommendation to the General Superintendent sustaining, modifying, or reversing the proposed action of the Deputy. Within ten days after their receipt of the hearing Officer's recommended decision, the Deputy and/or the appellant may file with the General Superintendent written exceptions to the recommended decision. Within ten days after the last date for filing exceptions to the recommended decision, the General Superintendent shall render a final decision in the name of the Park District accepting, modifying or reversing the recommended decision of the hearing Officer. The Deputy shall then promptly execute the decision of the General Superintendent.

**d.** The General Superintendent has the authority to designate a third party designee to enforce code violations of this Chapter 7, and said enforcement shall include but not be limited to the collection of fines and prosecution of parties accused of violating this chapter in any related hearing and appeals thereof.

### B. 19. <u>Severability</u>

If any provision of this ordinance or the application thereof to any person or circumstance be held invalid, the remainder of this ordinance and the application of such provision to other persons or circumstances shall not be affected thereby. The Park District reserves the right to amend or repeal this ordinance at any time; and all rights, privileges and immunities conferred by this ordinance or by acts done pursuant hereto shall exist subject to such power.

# Chicago Park District Code – Chapter 7

**Section C.**     -     *Permits*

## C. 1.   Designation of Park Facilities[29]

### a.     Proposed Designation.

The General Superintendent shall classify all park property under a uniform system of classification and designate for each such classification the use or uses which, in his/her judgment, should be permitted therein. Categories of classifications which the General Superintendent shall designate may include, but are not limited to, parks, playgrounds, playlots, fieldhouses, boat harbors, and leased facilities. The General Superintendent shall classify all park property under the following classification system:

    (1)     public forums;
    (2)     limited use areas;
    (3)     areas or facilities not designated for public assembly; or
    (4)     special facilities.

The General Superintendent shall then record the designations for each park and shall transmit the same promptly to the Board, which shall then approve, amend or reject the designations. Thereafter, the General Superintendent may, from time to time, as he/she shall deem necessary and proper, amend or revise his/her designations and shall promptly transmit in writing the amendments or revisions to the Board, which shall approve, amend or reject the same. All such designations, and the General Superintendent's amendments and revisions thereof, shall be in full force and effect from the time that the same are expressly approved as such or as amended by the Board.

### b.     Public Review of Proposed Designation.

Simultaneous with the transmission to the Board of the plats or maps required by this ordinance, or of any written amendments or revisions thereof, the General Superintendent shall file a duplicate copy of the same with the Secretary, which duplicate copy shall be available for public inspection and copying in the Office of the Secretary during normal business hours.

## C. 2.   Rules and Regulations[30]

The General Superintendent may, from time to time, establish reasonable rules and regulations, for the use of each facility in the Park System and for obtaining permits pursuant to this chapter. Such rules and regulations shall be based on a due regard for the purpose for which the facility is established, the safety of those using the facility, of park

---

[29] Added 8-15-1989; Amended 3-19-1990; 7-10-1990; 12-18-1991; 7-28-1992; 9-13-2000

[30] Added 8-15-1989; Amended 3-19-1990; 7-10-1990; 7-28-1992

## Chicago Park District Code – Chapter 7

Employees and of the public, the safety and maintenance of Park District property, the need for and the availability of supervisory personnel, and the maximum number of people who can safely use the facility at one time. Subject to the foregoing, and except as hereinafter provided, all Park District facilities may be used by members of the general public, without permit, for recreational and athletic purposes not inconsistent with the nature of the facility and the safety of the public and of Park District property. (Amended 6-4-69; 3-19-90)

### C. 3. Permit Requirement[31]

#### a. General.

No person shall, without a permit:

(1) conduct a public assembly, parade, picnic, or other event involving more than fifty individuals;

(2) circulate or distribute any leaflets, handbills, notices, pamphlets, books, documents or papers of any kind in any indoor facility, fieldhouse, garden, zoological garden or other special facility;

(3) conduct any exhibit, music or dramatic performance, fair, circus, concert, play, radio or television broadcast, other than a news transmission;

(4) exhibit or display any motion picture, television program, light or laser light display, or similar event;

(5) operate a vehicle, except upon a publicly dedicated street, alley, watercourse or other thoroughfare which may abut or traverse a park;

(6) create or emit any Amplified Sound, except from a radio, recorder or other device possessed and used by an individual for his/her own enjoyment and operated in such a manner so as not to interfere with the use and enjoyment by an other person;

(7) station or erect any building, tent, canopy, stand, bandstand, stage, tower, scaffold, sound stage, platform, rostrum or other structure;

(8) station or use any electrical or electronic device or equipment that would require outdoor auxiliary power;

(9) sell or offer for sale any goods or services, including any monetary exchange between individuals for use of or for activities conducted on Park District Property; [32]

---

[31] Amended 4-24-1979; 8-15-1989; 3-19-1990; 7-10-1990; 7-28-1992; 9-8-1992

## Chicago Park District Code – Chapter 7

(10)     display, post or distribute any placard, handbill, pamphlet, circular, book or other writing containing commercial advertising matter within the Park System;

(11)     bring, land or cause to ascend or descend or alight within the Park District, any airplane, helicopter, flying machine, balloon, parachute or other apparatus for aviation;

(12)     conduct any sporting event;

(13)     ride any Horse on any driveway, roadway, path or trail; or

(14)     bring onto property a tame, non-domestic supervised and controlled or restrained animal for limited non-commercial or promotional purposes.

(15)     use, display, fire discharge, or set off any rocket, cracker, torpedo, or other fireworks, or any substance of any explosive or pyrotechnic nature within the Park District, unless a permit has been issued pursuant to Chapter VII, Section B (16).

**b.     Permits for Activities Involving More Than 500 Individuals.**

No activity involving more than five hundred individuals shall be held within two thousand five hundred feet nor within two hours of any other activity involving more than five hundred individuals.

## C. 4.   <u>Application for Permits</u>[33]

**a.     Filing Written Application.**

(1)     Special Event Permit

Any person seeking the issuance of a permit shall apply for a permit by filing a written application for permit on a form and within such time as shall be prescribed by the General Superintendent.

Applications involving any of the following activities shall be filed with the Region Manager for the region in which the special event is to take place, or his/her designee:

(a)     an event involving more than fifty individuals;

---

[32] Amended 3-13-2013

[33] Amended 6-4-1969 8-15-1989; 3-19-1990; 7-10-1990; 7-28-1992; 1-28-2009

(b)    the sale or offering for sale of any good or service, including any monetary exchange between individuals for use of or for activities conducted on Park District Property;[34]

(c)    the sale or service of alcohol on Park District property;

(d)    advertising or commercial activities;

(e)    activities involving more than one park;

(f)    a religious or partisan political event;

(g)    creation or emission of any Amplified Sound, except from a radio, recorder or other device possessed and used by an individual for his/her own enjoyment and operated in such a manner so as not to interfere with the use and enjoyment by another person;

(h)    stationing or erecting any building, stand bandstand, stage, tower, tent, canopy, scaffold, sound stage, platform, rostrum or other structure;

(i)    use of any electrical or electronic device or equipment requiring outdoor auxiliary power;

(j)    bring, land or cause to ascend or descend or alight within the Park District, any airplane, helicopter, flying machine, balloon, parachute or other apparatus for aviation;

(k)    riding of a Horse or Horses; or

(l)    use of mechanical rides (which may be permitted only on hard surfaces).

(2)    Media/Motion Picture/Commercial Photography

Any person seeking the issuance of a permit for filming of a media broadcast (other than a news transmission), motion picture, or still commercial photography (including weddings, calendars and web content) shall file a written application for permit with the General Superintendent or his/her designee on a form and within such time as shall be prescribed by the General Superintendent.[35]

(3)    Recreational Permits

---

[34] Amended 3-13-2013
[35] Amended 3-13-2013

## Chicago Park District Code – Chapter 7

Any person seeking to reserve Park District facilities for any event involving less than fifty people and not including the items covered in paragraph 4(a)(1), above, shall file a written application with the park/playground supervisor where the event is proposed to take place on a form and within such time as shall be prescribed by the General Superintendent.

(4)     Special Facilities

Any person seeking the issuance of a permit for use of Park District property designated as a special facility shall file a written application for permit with the General Superintendent or his/her designee on a form and within such time as shall be prescribed by the General Superintendent.

**b.     Application Fee**

For any activity described in this chapter, Section C.4.a, no application for permit shall be considered unless the applicant shall have paid at the time for filing an application for permit the required application fee in an amount in accordance with the schedule of fees set by the General Superintendent and approved by the Board.

**c.     Indemnification and Reimbursement Agreement.**

No application for permit shall be granted unless the applicant shall have executed an agreement with the Park District, on a form to be prescribed by the General Superintendent, in which the applicant shall promise and covenant to bear all costs of policing, cleaning up and restoring the park upon conclusion of the event or activity; to reimburse the Park District for any such costs incurred by the Park District; and to indemnify the Park District and hold the Park District harmless from any liability to any person resulting from any damage or injury occurring in connection with the permitted event proximately caused by the action of the permittee, the sponsoring organization, its Officers, Employees or agents or any person under their control insofar as permitted by law.

**d.     Security Deposit.[36]**

For any activity described in this chapter, Section C.4. a(1), Section C.4.(a) (2) or Section C.4.(a)(4), no application for permit shall be granted unless the applicant has paid, within the time prescribed by the General Superintendent, the security deposit in an amount in accordance with the schedule of fees set by the General Superintendent and approved by the Board. The amount of the security deposit set in the schedule of fees shall be equal to the estimated cost of policing, cleaning

---

[36] Amended 6-11-1997

## Chicago Park District Code – Chapter 7

up, and restoring the park upon the conclusion of the use or activity. The security deposit shall be deposited by the Park District into an escrow account. Promptly after the conclusion of a permit activity, the Park District shall inspect the premises and equipment used by the permittee.

(1)     If it is determined that there has been no damage to Park District Property or equipment beyond reasonable wear and tear, the security deposit shall be refunded in full within thirty (30) business days of the conclusion of the permitted event.[37]

(2)     If it is determined by such inspection, that the permitted event proximately caused damage to Park District property in excess of normal wear and tear and which requires repairs in excess of routine maintenance or it is determined the grounds and facilities have not been returned in a clean and orderly fashion, or it is determined that fines should be assessed against the permittee pursuant to this chapter, Section C.7., below, the Park District shall retain the security deposit or any portion, thereof, necessary to pay for the cost repair or any fines assessed against the permittee. The General Superintendent or his/her designee shall given written notice of the assessment of damages or fine and retention of the security deposit to the permittee by personal delivery or by deposit in the United States mail, with proper postage prepaid to the name and address set forth in the application for permit. Any assessment of damages or fine in excess of the security deposit shall be paid to the Park District within ten (10) business days after notice of such assessment of damages or fine is sent. Retention of all or a portion of a security deposit shall be subject to the appeal procedures contained in Section C.6., below. An assessment of damages or fine in excess of the security deposit shall be subject to the appeal procedures contained in Section B.18(b) and (c)., above.[38]

e.     **Fees for Use of Park Facilities.**

No application for permit shall be granted unless the applicant has paid, within the time prescribed by the General Superintendent, a user fee and any other required fee in an amount in accordance with the schedule of fees set by the General Superintendent and approved by the Board. No application for permit shall be granted unless all required fees are paid as specified in paragraph 5(b), below.

f.     **Insurance**.

Applicant shall procure and maintain at all times during its use of Park District property, insurance in such amounts and with such coverages as shall reasonably be required by the Park District and shall name Park District as an additional

---

[37] Amended 3-13-2013

[38] Amended 3-13-2013

## Chicago Park District Code – Chapter 7

insured thereunder. The amounts and type of insurance required shall be determined by the Division of Risk Management, based upon the nature of the activity and the risk involved. The Division of Risk Management shall prepare a uniform schedule of insurance guidelines for particular types of activities. Applicant shall provide Park District with a certificate from an insurer evidencing such coverage prior to applicant's use of Park District property, and within the time prescribed by the General Superintendent. The certificate shall also provide that the insurer shall give the Park District reasonable advance notice of insurer's intent to cancel the insurance coverage provided.

g.   **Permits Not Transferable.**

No permit or conditionally approved permit application may be transferred.

### C. 5.   Processing of Application for Permits[39]

a.   **Order.**

Applications for permits shall be processed in order of receipt; and the use of a particular park or part thereof shall be allocated upon receipt of fully executed applications accompanied by the application fee.

b.   **Conditional Approval.**

Applications for permits for activities or events which require insurance, approval or permits from other governmental entities, or compliance with other terms or conditions, will be reviewed and, if the application otherwise conforms to all other requirements, a conditional approval will be issued. If, within the time prescribed by the General Superintendent, any required fee or security deposit is not paid, or an insurance certificate evidencing the requisite insurance is not filed with the Division of Risk Management, or the approval or permit of other governmental entities has not been received, or the other terms and conditions have not been met, the conditional approval will automatically expire, the application for permit will be deemed denied and no written notice of denial will be required. For events or activities which involve the use of special facilities, or activities described in this chapter, Section C.4.a. (1) (b), (c), (d), (g), (h), (i) or (j), above, all terms and conditions for issuance of the permit, including securing insurance and payment of all fees and security deposit, must be completed at least thirty (30) business days prior to the event unless a longer time period is prescribed by the General Superintendent. No permit shall be issued unless all applicable fees and security deposit are paid within the times prescribed by the General Superintendent. Failure to pay fees or security deposit within that time

---

[39] Added  8-15-1989; Amended 3-19-1990; 7-10-1990; 6-11-1997

## Chicago Park District Code – Chapter 7

shall cause the application to be deemed denied, without further notice to the applicant.[40]

**c.      Notice of Conditional Approval, Notice of Denial, or Issuance of Permit.[41]**

Written notice of denial, conditional approval or issuance of permit shall be served on the applicant by electronic mail to the electronic mail address set forth on the application for permit.

**d.      Contents of Notice; Grounds for Denial.**

Notice of denial of an application for permit shall clearly set forth the grounds upon which the permit was denied and, where feasible, shall contain a proposal by the Park District for measures by which the applicant may cure any defects in the application for permit or otherwise procure a permit. Where an application or permit has been denied because a fully executed prior application for the same time and place has been received, and a permit has been or will be granted to the prior applicant authorizing uses or activities which do not reasonably permit multiple occupancy of the particular area, the Park District shall propose an alternative place, if available for the same time, or an alternative time, if available for the same place. To the extent permitted by law, The Park District may deny an application for permit if the applicant or the person on whose behalf the application for permit was made has on prior occasions made material misrepresentations regarding the nature or scope of an event or activity previously permitted or has violated the terms of prior permits issued to or on behalf of the applicant. The Park District may also deny an application for permit on any of the following grounds:

(1)      the application for permit (including any required attachments and submissions) is not fully completed and executed;

(2)      the applicant has not tendered the required application fee with the application or has not tendered the required user fee, indemnification agreement, insurance certificate, or security deposit within the times prescribed by the General Superintendent;

(3)      the application for permit contains a material falsehood or misrepresentation;

(4)      the applicant is legally incompetent to contract or to sue and be sued;

(5)      the applicant or the person on whose behalf the application for permit was made has on prior occasions damaged Park District property and has not

---

[40] Amended 3-13-2013

[41] Amended 3-13-2013

## Chicago Park District Code – Chapter 7

paid in full for such damage, or has other outstanding and unpaid debts to the Park District;

(6)    a fully executed prior application for permit for the same time and place has been received, and a permit has been or will be granted to a prior applicant authorizing uses or activities which do not reasonably permit multiple occupancy of the particular park or part hereof;

(7)    the use or activity intended by the applicant would conflict with previously planned programs organized and conducted by the Park District and previously scheduled for the same time and place;

(8)    the proposed use or activity is prohibited by or inconsistent with the classifications and uses of the park or part thereof designated pursuant to this chapter, Section C.1., above;

(9)    the use or activity intended by the applicant would present an unreasonable danger to the health or safety of the applicant, or other users of the park, of Park District Employees or of the public;

(10)    the applicant has not complied or cannot comply with applicable licensure requirements, ordinances or regulations of the Park District concerning the sale or offering for sale of any goods or services;

(11)    the use or activity intended by the applicant is prohibited by law, by this Code and ordinances of the Park District, or by the regulations of the General Superintendent; or

e.    **Amendment or Revision of Applications.**

Any amendment or revision of an application or permit shall for purposes of determining the priority of the application for permit, and for the purpose of time in which the Park District shall grant or deny the application for permit and serve notice of such granting or denial shall be computed from the date of the amendment or revision.[42]

## C. 6.  <u>Procedures for Review; Waivers</u>[43]

a.    **Review by General Superintendent.**

(1)    Any applicant who is denied a permit or denied a request for a waiver of user fee, security deposit, or certificate of insurance, or a permittee who has had all or a portion of its security deposit retained because it was

---

[42] Amended 3-13-2013

[43] Added 8-15-1989; Amended 3-19-1990; 7-10-1990; 6-11-1997

## Chicago Park District Code – Chapter 7

assessed damages, cleaning costs or a fine pursuant to this ordinance may, within seven (7) business days of the service of notice of such determination, file a written appeal from such determination with the General Superintendent;[44]

(2) The General Superintendent shall have seven days from the date on which the appeal was received in which to serve upon the applicant a notice that he/she has affirmed, modified or reversed the denial or retention of security deposit;

(3) Such notice shall be deemed served upon the applicant or permittee when it is sent by electronic mail to the electronic mail address set forth on the application for permit;[45]

(4) If such notice is not served upon the applicant or permittee within seven (7) business days of the date upon which the appeal was filed, then the denial or retention of security deposit shall be deemed reversed.[46]

b.   **Form of Appeals.**

Any appeals filed pursuant to this ordinance shall state succinctly the grounds upon which it is asserted that the determination should be modified or reversed and shall be accompanied by copies of the application for permit, the written notice of the determination of the Park District, and any other papers material to the determination.

c.   **Waiver of Requirements.**[47]

Any requirements for a user fee, security deposits, or certificate of insurance shall be waived by the General Counsel, if the activity is protected by the First Amendment of the United States Constitution and the requirement would be so financially burdensome that it would preclude the applicant from using Park District property for the proposed activity. Fees for equipment and services shall not be waived pursuant to this subsection. Application for a waiver of a user fee, security deposit, or certificate of insurance shall be made on a form prescribed by the General Counsel and must include an affidavit by the applicant and sufficient financial information about the applicant to enable the General Counsel to determine whether the requirement(s) would be so financially burdensome that it would preclude the applicant from using Park District property for the proposed activity. If it appears that the applicant does not have sufficient funds to satisfy the user fee requirement prior to the proposed event, but that the applicant intends

---

[44] Amended 3-13-2013

[45] Amended 3-13-2013

[46] Amended 3-13-2013

[47] Amended 5-14-1991

to raise sufficient funds at the event, the General Counsel shall require the applicant to pay such user fee out of the proceeds of the proposed event. If no written denial is issued within fourteen (14) business days of the date on which the application for such waiver is fully completed, executed and filed with the General Counsel, the waiver request shall be deemed approved, contingent upon the applicant complying with all other permit requirements. Denials of requests for such waivers shall be subject to the appeal procedures contained in Section 6.a, above.[48]

## C. 7.   Fines[49]

The violation by a permittee of the terms of his/her permit or the laws and regulations of the Park District shall subject the permittee to a civil fine of up to $500. Each day that a violation continues shall be deemed a separate violation. Such fines may be assessed against any security deposit held by the Park District on behalf of the permittee, pursuant to this chapter, Section C.4.d., above. Any assessment of fines in excess of any security deposit shall be subject to the procedures contained in Section B.18., above.

## C. 8.   Severability[50]

If any provision of this ordinance or the application thereof to any person or circumstance be held invalid, the remainder of this ordinance and the application of such provision to other persons or circumstances shall not be affected thereby. The Park District reserves the power to amend or repeal this ordinance at any time; and all rights, privileges and immunities conferred by this chapter or by acts done pursuant hereto shall exist subject to such power.

### Section D.   -   *Smoking of Tobacco.*

## D. 1.   Smoking Prohibited Unless Designated[51]

Smoking of cigarettes, cigars, pipes or other tobacco is prohibited in playgrounds, playlots, beaches, and buildings owned or operated by the Park District.

## D. 2.   Program

The General Superintendent or his/her designee shall develop a program to:

a.     inform Employees and the public of the provisions of this ordinance,

---

[48] Amended 3-13-2013

[49] Added 8-15-1989; Amended 3-19-1990; 7-10-1990; 6-11-1997

[50] Added 8-15-1989; Amended 3-19-1990; 7-10-1990; 6-11-1997

[51] Amended 10-17-2007

  **b.**  remove Park District ashtrays from areas where smoking is prohibited and to provide ashtrays in area where smoking is permitted, and

  **c.**  to provide information regarding smoking cessation programs.

### D. 3. Discipline and Fines

Any Employee who violates this ordinance is subject to disciplinary action according to approved disciplinary procedures. Such disciplinary actions may be appealed according to applicable contracts, statutes and rules. Any member of the public who violates this ordinance is subject to a fine of up to $500.00. Such fines are appealable as provided in the following provisions.

### D. 4. Appeals

  **a.**  **Actions Appealable.**

The following actions are appealable pursuant to this section by any Employee or member of the public whose use or enjoyment of a Park District building may be injured by such action:

  (1)  designation or de-designation of an area as a smoking area, and

  (2)  proposed imposition of a fine for violation of this section.

  **b.**  The General Superintendent shall establish procedures for such appeals.

### *Section E.* - *Naming and Renaming of Parks and Park Features*[52]

### E. 1. Naming and Renaming of Parks and Park Features; Generally

Requests to name or rename parks and features within parks (including buildings and facilities within parks) may be submitted to the General Superintendent or his/her designee by members of the public, public officials, governmental entities or Park District staff. Upon receipt, such requests shall be forwarded to the Secretary and designated Park District staff who shall conduct a review and analysis of the request to ascertain if it meets the criteria. Upon finding that the criteria has been met a recommendation may be made to the Board that it shall initiate a notice period of at least forty-five (45) days to provide notice and to solicit public input. Upon Board approval, the Secretary shall post a notice initiating the forty-five (45) day period. Such notices shall be posted at the subject parks fieldhouse (or if there is no fieldhouse in that park, at the nearest fieldhouse) and shall also be sent to advisory councils of parks located within a one (1) mile radius. Such notice periods may be waived by the written direction of the

---

[52] Added 7-9-1997

## Chicago Park District Code – Chapter 7

General Superintendent. At the conclusion of the notice period, the General Superintendent or his/her designee may in his/her discretion recommend to the Board that it approve the requested naming or renaming. In deciding whether to recommend a proposed naming or renaming to the Board, the General Superintendent or his/her designee shall consider the criteria set forth below in subsection (2), but shall have no obligation to recommend all proposed naming or renaming that satisfy such criteria. A proposed naming or renaming of a park or feature within a park shall be effective only upon a majority vote of the Board.

**E. 2.    Criteria for Naming of Parks and Park Features**

In considering a proposed name of a park or park feature, the General Superintendent or his/her designee shall consider the extent of public support for, and public opposition to, the proposed name. There shall be a general presumption in favor of names reflecting historical or physical features of neighborhoods, rather than names honoring persons or organizations. If a proposed name is of a person, then (i) the person shall have been deceased for at least one year prior to consideration; and (ii) the person shall have demonstrated a continued commitment and made an extraordinary contribution to civic betterment, locally, nationally or internationally. If the proposed name is of an organization, the organization shall have demonstrated a continued commitment and made an extraordinary contribution to civic betterment, locally, nationally, or internationally. If the proposed name is of an event, then (i) the event shall have occurred at least one year prior to consideration; and (ii) the event shall have local, national or international significance. No proposed park or park feature name shall (i) duplicate the name of another park or park feature within the City of Chicago; (ii) endorse or advocate religion or a specific religious belief; (iii) have obscene connotations; or (iv) malevolently portray, demean or intimidate any racial or ethnic group. Exceptions to the above criteria shall be made only upon a finding of an extraordinary circumstance by the General Superintendent.

**E. 3.    Criteria for Renaming of Parks and Park Features**

In considering a proposed change of name for a previously named park or park feature, the General Superintendent or his/her designee shall consider the criteria listed in Section E.2. above for the Naming of Parks and Park Features. In addition, for parks or features within parks that are either named for a specific person or that have a known history attached to their name, the General Superintendent or his/her designee may consider alternative means of recognition to the proposed name change and there shall be a presumption in favor of retaining the existing name. Exceptions to the above criteria shall be made only upon a finding of an extraordinary circumstance by the General Superintendent.

**E. 4.    Rules and Procedure**

## Chicago Park District Code – Chapter 7

The General Superintendent shall have the authority to promulgate rules and written procedures to implement the procedure for naming and renaming parks and features within parks.