IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KENNETH MAYLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 18 C 6211 |
| | ) | |
| **CHICAGO PARK DISTRICT;** | ) | **Judge Harry D. Leinenweber** |
| **ILLINOIS DEPARTMENT OF** | ) | |
| **NATURAL RESOURCES, DIVISION** | ) | |
| **OF PARKS AND RECREATION;** | ) | |
| Acting U.S. Attorney General | ) | |
| **MATTHEW G. WHITAKER, in his** | ) | |
| official capacity; **COOK COUNTY** | ) | |
| **ANIMAL CONTROL; and** | ) | |
| **CITY OF CHICAGO;** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Wednesday, February 6, 2019, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, the undersigned counsel will appear before the **Honorable Harry D. Leinenweber**, or any judge sitting in his stead in **Courtroom 1941** of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 S. Dearborn Street, Chicago, Illinois 60604, and then and there present **Defendant City of Chicago's Motion to Dismiss**, a copy of which is attached and is hereby served upon you.

Date:   February 1, 2019          Respectfully submitted,

EDWARD N. SISKEL,
Corporation Counsel for the City of Chicago

By:     /s/ Justin Tresnowski_____
Assistant Corporation Counsel

JUSTIN TRESNOWSKI
City of Chicago, Department of Law
Constitutional and Commercial
    Litigation Division
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602
(312) 744-4216

## **CERTIFICATE OF SERVICE**

     I, Justin Tresnowski, an attorney, hereby certify that on this, the 1st day of February, 2019, I caused copies of **(1) Defendant City of Chicago's Motion to Dismiss** and **(2) Notice of Motion** to be served by electronic case filing (ECF) on all parties who have entered appearances on the service list.

                                            /s/ Justin Tresnowski