🚩 **KeyCite Yellow Flag - Negative Treatment**
Proposed Legislation

> West's Smith-Hurd Illinois Compiled Statutes Annotated
>    Chapter 20. Executive Branch
>      Department of Natural Resources
>       Act 840. State Parks Designation Act

20 ILCS 840/1
Formerly cited as IL ST CH 105 ¶ 468g

840/1. Designation of state parks

Effective: August 3, 2018
Currentness

§ 1. The following described areas are designated State Parks and have the names herein ascribed to them:

Adeline Jay Geo-Karis Illinois Beach State Park, in Lake County;

Apple River Canyon State Park, in Jo Daviess County;

Argyle Lake State Park, in McDonough County;

Beaver Dam State Park, in Macoupin County;

Buffalo Rock State Park, in La Salle County;

Castle Rock State Park, in Ogle County;

Cave-in-Rock State Park, in Hardin County;

Chain O'Lakes State Park, in Lake and McHenry Counties;

Delabar State Park, in Henderson County;

Dixon State Park, in Lee County;

Dixon Springs State Park, in Pope County;

Eagle Creek State Park, in Shelby County;

Eldon Hazlet State Park, in Clinton County;

Ferne Clyffe State Park, in Johnson County;

Fort Creve Coeur State Park, in Tazewell County;

Fort Defiance State Park, in Alexander County;

Fort Massac State Park, in Massac County;

Fox Ridge State Park, in Coles County;

Frank Holten State Park, in St. Clair County;

Funk's Grove State Park, in McLean County;

Gebhard Woods State Park, in Grundy County;

Giant City State Park, in Jackson and Union Counties;

Goose Lake Prairie State Park, in Grundy County;

Hazel and Bill Rutherford Wildlife Prairie State Park, in Peoria County;

Hennepin Canal Parkway State Park, in Bureau, Henry, Rock Island, Lee and Whiteside Counties;

Horseshoe Lake State Park, in Madison and St. Clair Counties;

Illini State Park, in La Salle County;

Illinois and Michigan Canal State Park, in the counties of Cook, Will, Grundy, DuPage and La Salle;

Johnson Sauk Trail State Park, in Henry County;

Jubilee College State Park, in Peoria County, excepting Jubilee College State Historic Site as described in Section 7.1 of the Historic Preservation Act;[1]

Kankakee River State Park, in Kankakee and Will Counties;

Kickapoo State Park, in Vermilion County;

Lake Le-Aqua-Na State Park, in Stephenson County;

Lake Murphysboro State Park, in Jackson County;

Laurence C. Warren State Park, in Cook County;

Lincoln Trail Homestead State Park, in Macon County;

Lincoln Trail State Park, in Clark County;

Lowden State Park, in Ogle County;

Matthiessen State Park, in La Salle County;

McHenry Dam and Lake Defiance State Park, in McHenry County;

Mississippi Palisades State Park, in Carroll County;

Moraine View State Park, in McLean County;

Morrison-Rockwood State Park, in Whiteside County;

Nauvoo State Park, in Hancock County, containing Horton Lake;

Pere Marquette State Park, in Jersey County;

Prophetstown State Park, in Whiteside County;

Pyramid State Park, in Perry County;

Railsplitter State Park, in Logan County;

Ramsey Lake State Park, in Fayette County;

Red Hills State Park, in Lawrence County;

Rock Cut State Park, in Winnebago County, containing Pierce Lake;

Rock Island Trail State Park, in Peoria and Stark Counties;

Sam Parr State Park, in Jasper County;

Sangchris Lake State Park, in Christian and Sangamon Counties;

Shabbona Lake and State Park, in DeKalb County;

Siloam Springs State Park, in Brown and Adams Counties;

Silver Springs State Park, in Kendall County;

South Shore State Park, in Clinton County;

Spitler Woods State Park, in Macon County;

Starved Rock State Park, in La Salle County;

Stephen A. Forbes State Park, in Marion County;

Walnut Point State Park, in Douglas County;

Wayne Fitzgerrell State Park, in Franklin County;

Weinberg-King State Park, in Schuyler County;

Weldon Springs State Park, in DeWitt County;

White Pines Forest State Park, in Ogle County;

William G. Stratton State Park, in Grundy County;

Wolf Creek State Park, in Shelby County.

**Credits**

Laws 1953, p. 1280, § 1, eff. July 13, 1953. Amended by Laws 1955, p. 255, § 1, eff. July 1, 1955; Laws 1955, p. 455, § 1, eff. July 1, 1955; Laws 1957, p. 658, § 1, eff. July 1, 1957; Laws 1959, p. 372, § 1, eff. July 1, 1959; Laws 1961, p. 2872, § 1, Aug. 7, 1961; Laws 1963, p. 2305, § 1, Aug. 5, 1963; Laws 1965, p. 1251, § 1, eff. July 6, 1965; Laws 1967, p. 108, § 1, eff. July 1, 1967; Laws 1967, p. 359, § 1, eff. July 1, 1967; Laws 1968, p. 324, § 1, eff. July 1, 1969; P.A. 76-1202, § 1, eff. Sept. 8, 1969; P.A. 76-1896, § 1, eff. Oct. 10, 1969; P.A. 76-1960, § 1, eff. Oct. 15, 1969; P.A. 76-2216, § 1, eff. July 1, 1970; P.A. 77-128, § 1, eff. July 1, 1971; P.A. 77-672, § 1, eff. Aug. 9, 1971; P.A. 77-1475, § 1, eff. Sept. 8, 1971; P.A. 77-1477, § 1, eff. Sept. 8, 1971; P.A. 77-1689, § 1, eff. July 1, 1972; P.A. 77-1773, eff. July 1, 1972; P.A. 77-2189, § 4, eff. Oct. 1, 1972; P.A. 77-2829, §§ 43, 67, eff. Dec. 22, 1972; P.A. 78-255, § 61, eff. Oct. 1, 1973; P.A. 78-304, § 1, eff. Aug. 13, 1973; P.A. 78-718, § 5, eff. Jan. 1, 1974; P.A. 78-823, § 1, eff. Oct. 1, 1973; P.A. 78-1297, § 32, eff. March 4, 1975; P.A. 79-308, § 1, eff. Oct. 1, 1975; P.A. 84-25, Art. III, § 20, eff. July 18, 1985; P.A. 84-1348, Art. II, § 1, eff. Sept. 10, 1986; P.A. 85-699, § 1, eff. Jan. 1, 1988; P.A. 86-151, § 17, eff. Aug. 11, 1989; P.A. 89-445, § 9A-15, eff. Feb. 7, 1996; P.A. 92-170, § 5, eff. July 26, 2001; P.A. 94-1042, § 5, eff. July 24, 2006; P.A. 100-695, § 15, eff. Aug. 3, 2018.

**Formerly** Ill.Rev.Stat.1991, ch. 105, ¶ 468g.

Footnotes

1   20 ILCS 3405/7.1 (repealed; see, now, 20 ILCS 3405/6).

20 I.L.C.S. 840/1, IL ST CH 20 § 840/1

Current through P.A. 100-1179 of the 2018 Reg. Sess.

**End of Document**    © 2019 Thomson Reuters. No claim to original U.S. Government Works.