IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

FILE NUMBER 18 C 6211

| | |
|---|---|
| KENNETH MAYLE,<br><br>Plaintiff<br><br>v.<br><br>CHICAGO PARK DISTRICT, and THE CITY OF CHICAGO, etc al<br><br>Defendants. | Notice of Appeal |

Notice is hereby given that Kenneth Mayle, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on the 9th day of September, 2019.

　　　　　　　　　　　　　　　　　　　*/s/ KENNETH WILLIAM MAYLE (-59)*
　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF PRO SE


　　　　　　　　　　　　　　　　　　　Kenneth William Mayle (-59)
　　　　　　　　　　　　　　　　　　　　　　　　Appellant, Pro Se
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Address
　　　　　　　　　　　　　　　　　　　　　　　1034 N. Karlov Ave
　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60651
　　　　　　　　　　　　　　　　　　　　　　　　　248-635-7455

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2019, the foregoing document was filed with the Clerk of Court via the CM/ECF system, causing it to be served on Defendants' counsel of record.

*/s/Kenneth William Mayle (-59)*
 Plaintiff Pro Se